Commonwealth *v.* Conard, Appellant.

Argued March 19, 1962.   Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

Before Hess, P. J.

*Verle G. Conard,* appellant, in propria persona, submitted a brief.

*Peter F. Cianci,* Assistant District Attorney, with him *Frederick O. Brubaker,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, April 12, 1962:

The judgment of sentence of the court below is affirmed on the opinion of President Judge Hess for the court below, as reported in 26 Pa. D. & C. 2d 639.